OPINION — AG — ** ABORTION — INSTITUTIONS — CONSTITUTIONAL RIGHTS ** (1) BASED UPON THE UNITED STATES SUPREME COURT DECISIONS IN ' PLANNED PARENTHOOD ASSOCIATION OF KANSAS, MISSOURI, INC., ET AL. V. ASHCROFT, ATTORNEY GENERAL OF MISSOURI, ET AL. — U.S. -, 103 S.CT. 2517 (1983); SIMOPOLOS V. VIRGINIA, 103 S.CT. 2532 (1983); AND CITY ARKSON V. ARKRON CENTER FOR REPRODUCTIVE HEALTH, INC., ET AL., 103 S.CT. 2481 (1983); 63 O.S. 731 [63-731](B) WHICH PROVIDES THAT AN ABORTION PERFORMED SUBSEQUENT TO THE END OF THE FIRST TRIMESTER OF PREGNANCY BE PERFORMED OR INDUCED IN A GENERAL HOSPITAL, IS 'UNCONSTITUTIONAL' BECAUSE IT UNREASONABLY INFRINGES UPON A WOMAN'S CONSTITUTIONAL RIGHT TO OBTAIN AN ABORTION; (2) 63 O.S. 1-737 [63-1-737] WHICH PROVIDES THAT AN ABORTION OTHERWISE PERMITTED BY LAW SHALL BE PERFORMED ONLY IN A HOSPITAL, EXTENDS THE INTEREST OF THE STATE IN REGULATING ABORTIONS BEYOND PERMISSIBLE LIMITS AND IS UNCONSTITUTIONAL. (PUBLIC HEALTH , PREGNANT WOMAN HOSPITAL, DILATION — AND — EVACUATION, STANDARDS) CITE: 63 O.S. 1-701 [63-1-701](1), 63 O.S. 1-701 [63-1-701](A), 63 O.S. 1-702 [63-1-702](A), 63 O.S. 1-731 [63-1-731](B), 63 O.S. 1-737 [63-1-737] (RICHARD MILDREN) ** SEE: OPINION NO. 91-010 (ADVISORY ONLY) ** SEE OPINION NO. 91-545 (1991)